Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Thomas Bois | **Case Number:** 0101 1:1C5R10072-001-RGS |
| **Name of Sentencing Judicial Officer:** | Honorable Richard G. Stearns, U.S. District Judge |
| **Date of Original Sentence:** | 6/20/2017 |
| **Original Offense:** | Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1) |
| **Original Sentence:** | 108 months of imprisonment, followed by three years of supervised release |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 5/22/2024 |
| **Asst. U.S. Attorney:** Rachel Y. Hemani | **Defense Attorney:** Mark D. Smith |

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Violation of Special Condition #3:** **You must participate in a mental health treatment program, to include anger management and gambling treatment, as directed by the Probation Office.** |
| | A. On June 4, 2024, Mr. Bois failed to attend co-occurring treatment at CPC, Inc., in Boston, Massachusetts. |
| | B. On June 11, 2024, Mr. Bois failed to attend co-occurring treatment at CPC, Inc., in Boston, Massachusetts. |
| | C. On June 18, 2024, Mr. Bois failed to attend co-occurring treatment at CPC, Inc., in Boston, Massachusetts. |
| | D. On June 25, 2024, Mr. Bois failed to attend co-occurring treatment at CPC, Inc., in Boston, Massachusetts. |
| | E. On July 2, 2024, Mr. Bois failed to attend co-occurring treatment at CPC, Inc., in Boston, Massachusetts. |
| | F. On July 30, 2024, Mr. Bois failed to attend co-occurring treatment at CPC, Inc., in Boston, Massachusetts. |

2

Evidence in support of this violation includes officer testimony.

II. **<u>Violation of Special Condition #1:</u> You shall reside for a period of up to 6 months, or until you secure a residence approved by the Probation Office, in a Residential Reentry Center, and must observe the rules of that facility.**

Between May 2024 and July 2024, Mr. Bois failed to stand count 11 times at the residential reentry center. He was written up for violating program rules.

Evidence in support of this violation includes officer testimony and residential reentry center incident reports.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

| Reviewed and Approved by: | Respectfully submitted, |
|---|---|
| */s/ Andrew Kessler-Cleary* | */s/ Justin Albergaria* |
| Andrew Kessler-Cleary | Justin Albergaria |
| Supervisory U.S. Probation Officer | Senior U.S. Probation Officer |
| | Date: 08/02/2024 |

**THE COURT ORDERS**
☐     No Action
☐     The Issuance of a Warrant
☐     The Issuance of a Summons
☐     Other

_____
Honorable Richard G. Stearns
U.S. District Judge

_____
Date